IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **5G STUDIO COLLABORATIVE, LLC,** | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:15-CV-2719-L** |
| **DALLAS UPTOWN HOSPITALITY, LLC,** | § § § § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

The court issues this default judgment pursuant to its Memorandum Opinion and Order of October 20, 2017. It is therefore **ordered, adjudged,** and **decreed** that 5G Studio Collaborative, LLC is entitled to and shall recover **$432,000** in damages for its breach of contract claim and **$48,387.78** in prejudgment interest from Dallas Uptown Hospitality, LLC ("Defendant"); that postjudgment interest shall accrue on the total awarded amount of **$480,387.78** (damages plus prejudgment interest) at the applicable federal rate of **1.41%** from the date of this judgment until paid in full; that all allowable and reasonable costs of court are taxed against Defendant; and that all other relief not expressly granted is **denied**.

Signed this 20th day of October, 2017.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Default Judgment – Solo Page**